UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. **CV 16-02886 SVW (AFM)**  Date: October 4, 2017

Title **Kevin W. King v. Edmund Brown, et al.**

Present: The Honorable:  ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On August 9, 2017, the Court granted plaintiff's request for an extension of time to file a First Amended Complaint to August 10, 2017.  As of the date of this order, a First Amended Complaint has not been filed.

Plaintiff shall show cause on or before **October 17, 2017**, why this action should not be dismissed due to plaintiff's failure to prosecute.  The filing of a First Amended Complaint on or before **October 17, 2017** shall discharge the order to show cause.  **Plaintiff is hereby cautioned that failing to comply with this Order and/or to show cause will result in the recommendation that this action be dismissed for failure to prosecute.**

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |