# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAM KING,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND BROWN, *et al.*,<br><br>Defendants. | Case No. CV 16-02886 SVW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Final Report and Recommendation of United States Magistrate Judge. No objections to the Final Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Final Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action with prejudice for failure to diligently prosecute and comply with orders of the Court.

DATED: August 30, 2018

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE