JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KEVIN WILLIAM KING, | Case No. CV 16-02886 SVW (AFM) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| EDMUND BROWN, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Final Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice for failure to diligently prosecute and comply with orders of the Court.

DATED: August 30, 2018

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE